IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CORY P., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | No. 3:26-CV-1222-X-BV |
| | § | |
| FRANK BISIGNANO,<br>Commissioner of Social Security, | §<br>§ | |
| | § | |
| *Defendant*. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation (FCR) in this case. (Doc. 15). No objections were filed. The District Court reviewed the FCR for plain error. Finding none, the Court **ACCEPTS** the FCR of the United States Magistrate Judge. The Commissioner's unopposed motion (Doc. 14) is **GRANTED**, and the Court **REVERSES** the Commissioner's decision and **REMANDS** this case for further administrative proceedings in accordance with sentence four of 42 U.S.C. § 405(g).

**SO ORDERED** this 26th day of October, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE